```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16354
  ELEANOR HUDSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-5888


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/25/08 .

   2.  The case was dismissed without confirmation, 08/15/2008.

-----------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------

       Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED        OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00         .00           .00            .00
PRINCIPAL PAID          .00           .00         .00           .00            .00
INTEREST PAID           .00           .00         .00           .00            .00
TOTAL PAID              .00           .00         .00           .00            .00
The Debtor's attorney, WILLIAM E BROOKS            , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




         Dated: 11/13/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
   CASE NO. 08 B 16354 ELEANOR HUDSON
```